**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

**RE: James Anthony Ryan, III   XXX-XX-6472**                           Case No. 25-30541-KHK
     **Regina Deegan Ryan   XXX-XX-0482**

### DIRECTIVE FOR VOLUNTARY PAYMENTS BY DEBTOR

The Debtor(s) having filed a petition under Chapter 13, Title 11 U.S.C. or converted this case from Chapter 7;

IT IS DIRECTED;

That commencing immediately and continuing on the **15th** day of each and every month thereafter until further Directive from the Trustee, the Debtor(s) shall pay to **Carl M. Bates, Trustee**, and send to **Chapter 13 Trustee, PO Box 1433, Memphis, TN  38101-1433**, the sum of **$1,800.00 monthly**. The payment should include the debtor's name and case number above.

THIS DIRECTIVE IS ENTERED PURSUANT TO GENERAL ORDER NO. 04-1 OF THE UNITED STATES BANKRUPTCY COURT.

Dated:  **March 20, 2025**

                                   **/S/ Carl M. Bates**
                                   Carl M. Bates, Trustee
                                   Eastern District of Virginia, Richmond Division

The Trustee does hereby certify that a copy of this Directive was mailed to the Debtor and electronically sent to Debtor's counsel on the date above written.

                                   **/S/ Carl M. Bates**
                                   Carl M. Bates, Trustee