# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

**RE: James Anthony Ryan, III   XXX-XX-6472**                                    Case No. 25-30541-KHK
**Regina Deegan Ryan   XXX-XX-0482**

## AMENDED DIRECTIVE FOR VOLUNTARY PAYMENTS BY DEBTOR

The Debtor(s) having filed a petition under Chapter 13, Title 11 U.S.C. or converted this case from Chapter 7;

IT IS DIRECTED;

That commencing immediately and continuing on the **15th** day of each and every month thereafter until further Directive from the Trustee, the Debtor(s) shall pay to **Carl M. Bates, Trustee**, and send to **Chapter 13 Trustee, PO Box 1433, Memphis, TN  38101-1433**, the sum of **$2,000.00 monthly**. The payment should include the debtor's name and case number above.

### Future Payments

| Start Date | Amount | Frequency |
|---|---|---|
| 09/15/2026 | $2,450.00 | monthly |

THIS DIRECTIVE IS ENTERED PURSUANT TO GENERAL ORDER NO. 04-1 OF THE UNITED STATES BANKRUPTCY COURT.

Dated:  **June 30, 2025**

/S/ Carl M. Bates
Carl M. Bates, Trustee
Eastern District of Virginia, Richmond Division

The Trustee does hereby certify that a copy of this Directive was mailed to the Debtor and electronically sent to Debtor's counsel on the date above written.

**/S/ Carl M. Bates**
Carl M. Bates, Trustee